[No. 17431–2–I. Division One. June 1, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LORENZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–8–00377–1, Frank A. Morrow, J. Pro Tem., entered November 5, 1985. *Affirmed* by unpublished

opinion per Swanson, J., concurred in by Scholfield, C.J., and Pekelis, J.